No. 88–1981. DERANGO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 88–7142. PINO-PEREZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 88–2129. KENTUCKY *v.* TURNER. Sup. Ct. Ky. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–2133. COMMISSIONER OF INTERNAL REVENUE *v.* PRUSSIN ET UX. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE KENNEDY would grant certiorari.